IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 06-4040-01-CR-C-SOW |
| BENJAMIN NATHAN SMITH, | ) ) ) | |
| Defendant. | ) | |

ORDER

Before the Court is the Report and Recommendation Concerning Plea of Guilty from United States Magistrate Judge William A. Knox (Doc. #43). In accordance with the Report and Recommendation, it is hereby

ORDERED that the plea of guilty is accepted and that defendant Smith is adjudged guilty. It is further

ORDERED that a presentence investigation report be completed for defendant Smith.

                                      ___/s/ Scott O. Wright_____
                                      SCOTT O. WRIGHT
                                      Senior United States District Judge

Dated: _1/25/2008_____